HARDIE'S FRUIT AND VEGETABLE CO.-SOUTH, LP., Plaintiff–Appellant,

v.

UNITED STATES, Defendant–Appellee,

and

M & S Foods Co., Ltd., Defendant–Appellee.

No. 2009–5018.

United States Court of Appeals, Federal Circuit.

July 14, 2009.

ON MOTION

*ORDER*

Hardie's Fruit & Vegetable Company–South, LP ("Hardies") moves to dismiss this appeal for mootness and vacate the September 15, 2008 judgment of the Court of Federal Claims and the July 15, 2008, decision of the Small Business Administration's Office of Hearings and Appeals ("SBA"). The United States opposes the request to vacate the aforementioned judgment and decision.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to dismiss is granted.

(2) The motion to vacate is denied.

(3) The mandate will issue in due course.

Robert L. POLLOCK, Petitioner,

v.

UNITED STATES POSTAL SERVICE, Respondent.

No. 2009–3143.

United States Court of Appeals, Federal Circuit.

July 16, 2009.

*ORDER*

Robert L. Pollock has complied with the court's order of June 9, 2009.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The court's May 22, 2009 dismissal order and mandate are hereby, vacated and recalled, and the petition for review is reinstated.

(2) The United States Postal Service brief is due within 43 days of the date of filing of this order.